Submitted April 3, reversed April 29, 2009

In the Matter of E. M. Z.,
Alleged to be a Mentally Ill Person.

STATE OF OREGON,
*Respondent,*

*v.*

E. M. Z.,
*Appellant.*

Clackamas County Circuit Court
M0807026; A139523

206 P3d 1212

Gay Canaday filed the brief for appellant.

John R. Kroger, Attorney General, Erika L. Hadlock, Acting Solicitor General, and Amanda J. Austin, Assistant Attorney General, filed the brief for respondent.

Before Landau, Presiding Judge, and Schuman, Judge, and Ortega, Judge.

PER CURIAM

## PER CURIAM

In this mental commitment case, appellant contends that the record does not contain clear and convincing evidence that her mental disorder caused her to be a danger to herself or to others or unable to provide for her basic needs. The state concedes the point. On *de novo* review, we agree that the evidence is legally insufficient.

Reversed.